

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00207-CV

JEFFREY LEE DAWSON                                                      APPELLANT

V.

MICA CORPORATION                                                        APPELLEE

------------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion To Dismiss Appeal." Appellant asks that we dismiss this appeal with prejudice. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: September 26, 2013

---

[1]*See* Tex. R. App. P. 47.4.